AO 468 (1/86) Waiver of Preliminary Examination or Hearing

# United States District Court

DISTRICT OF _Columbia_

UNITED STATES OF AMERICA

v.

_Eduardo Olmedo-Martinez_

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
(Rule 5 or 32.1, Fed. R. Crim. P.)

Case Number: _1:06-MJ-96_

I, _Edvardo Olmedo-Martinez_, charged in a (complaint) (petition) pending in this District with _8 USC 1326(a) – Re-entry of Removed Alien_ in violation of Title _8_, U.S.C., _1326(a)_,

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

_____
Defendant

_April 10, 2006_
Date

_____
Counsel for Defendant